THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JESSE JAMES DuPREE, Defendant-Appellant.

(No. 73-20; )

Second District—April 9, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

J. Daniel King, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.